## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**FREDYS ANTONIO De La O MARTINEZ**
1505 Thornden Road
Rockville MD 20851          :
                                                        :

      Plaintiff

    v.

**DTI, LLC t/a CAVA**
**MEZZA RESTAURANT**
Suite 227
5640 Nicholson Lane
Rockville, MD 20852
                                                        :
**DTI- CAPITOL HILL INC. t/a CAVA**
**MEZZA RESTAURANT**
Suite 227
5640 Nicholson Lane
Rockville, MD 20852          :
                                        **CIVIL NO:**

**DTI- CLARENDON LLC t/a CAVA**
**MEZZA RESTAURANT**
Suite 227
5640 Nicholson Lane
Rockville, MD 20852

     and

**DTI- ROCKVILLE LLC  t/a CAVA**
**MEZZA RESTAURANT**
Suite 227
5640 Nicholson Lane
Rockville, MD 20852

                                        :

      Defendants          :

## COMPLAINT

COMES NOW the Plaintiff, by and through undersigned counsel, and brings this suit against the Defendants, jointly and severally, and for grounds states as follows:

## PARTIES AND JURISDICTION

1.    Plaintiff is a natural person who currently resides in Montgomery County Maryland and, at all times relevant to the allegations of this Complaint, was employed by the Defendants as a Cook in the Defendants' District of Columbia restaurant.

2.    Based upon information and belief, the Defendants are incorporated in the State of Maryland with a principal place of business in Montgomery County, Maryland.

3.    The Plaintiff brings suit against the Defendants for unpaid overtime in violation of the Fair Labor Standards Act ("FLSA") and DC Code 32-1001 *et seq.*

4.    Pursuant to the preceding, this Court has proper personal jurisdiction over the Defendants, proper subject matter jurisdiction pursuant to 29 U.S.C. § 216(b), 28 U.S.C. 1331, and 28 U.S.C. 1367 and constitutes proper venue pursuant to 28 U.S.C. § 1391.

## GENERAL ALLEGATIONS

5..   The Plaintiff asserts and realleges each and every allegation made in the preceding paragraphs as if fully set forth herein.

6      During the period between on or about August 2, 2009 and July 9, 2011 ("claimed period"), the Plaintiff was employed by the Defendants as a Cook in the Capitol Hill Cava Mezza restaurant.

7.      During the claimed period, the Plaintiff regularly worked in excess of 40 hours/week.  More specifically, the Plaintiff was generally scheduled for 6 days and 70 hours/week with up to a 1 hour meal break each day if time permitted.  However, the Plaintiff generally worked 67 hours/week and at least 50% of the time he was unable to take a meal break due to the demands of the job.

8.      During the claimed period, the Plaintiff was paid a salary every two weeks based upon an annual salary of $53,924.00 (or $1037.00/week).

9.      During the claimed period the Plaintiff was no paid the overtime premium for hours worked in excess of forty (40) hours per week.  Based upon information and belief, the Plaintiff was not paid for approximately $25,000.00 of earned overtime.

## COUNT I

### Violations of the Fair Labor Standards Act: Unpaid Overtime

10..      The Plaintiff asserts and realleges each and every allegation made in the preceding paragraphs as if fully set forth herein.

11.      The Defendants violated 29 U.S.C. § 207 by failing to properly pay the Plaintiff overtime during the claimed period.

12.      Throughout the claimed period, the Plaintiff was in an employer/employee relationship with the Defendants  and qualified as an "Employee" pursuant to 29 U.S.C. §

203(e)(1).

13.     Throughout the claimed period, the Defendants constituted a single integrated enterprise such that each qualified as the Plaintiff's employer and each is liable, jointly and severally, for the claimed violations.

14.   Throughout the claimed period, each of the Defendants, individually and jointly, qualified as an "employer" pursuant to 29 U.S.C. § 203(d) and as an "enterprise engaged in commerce or in the production of goods for commerce" pursuant to 29 U.S.C. § 203(s).

15.   The Defendants' failure to pay overtime to the Plaintiff was done deliberately, wilfully, and in direct violation of the statutory requirements.

WHEREFORE, the Plaintiff demands judgment against the Defendants, jointly and severally, for unpaid overtime during the claimed period, liquidated damages in an amount equal to the unpaid overtime, prejudgment interest on the unpaid overtime, reasonable attorney's fees and costs, and such other and further relief as deemed appropriate by this Court.

## COUNT II
### Violations of D.C. Code 32-1001 *et seq*. - Unpaid Overtime

16.   The Plaintiff asserts and realleges each and every allegation made in the preceding paragraphs as if fully set forth herein.

17.    The Defendants violated D.C. Code 32-1001 *et seq.* by failing to properly pay the Plaintiff overtime during the claimed period.

18.    Throughout the claimed period, the Plaintiff was in an employer/employee relationship with the Defendants  and qualified as an "Employee" pursuant to D.C. Code §32-1002(2).

19.    Throughout the claimed period, the Defendants constituted a single integrated enterprise such that each qualified as the Plaintiff's employer and each is liable, jointly and severally, for the claimed violations..

20.   Throughout the claimed period, each of the Defendants, individually and jointly, qualified as an "employer" pursuant to D.C. Code §32-1002(3).

21.   The Defendants' failure to pay overtime to the Plaintiff was done deliberately, wilfully, and in direct violation of the statutory requirements.

WHEREFORE, the Plaintiff demands judgment against the Defendants, jointly and severally, for unpaid overtime during the claimed period, liquidated damages in an amount equal to the unpaid overtime, prejudgment interest on the unpaid overtime, reasonable attorney's fees and costs, and such other and further relief as deemed appropriate by this Court.

Respectfully submitted,

SULLIVAN, TALBOTT & BATT

By: _____

Mitchell I. Batt, Bar No. 12002
Attorney for Plaintiffs
77 S. Washington Street
Suite 304
Rockville, Maryland 20850
(301) 340-2450 x13