UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDYS ANTONIO DE LA MARTINEZ,<br><br>        Plaintiff,<br>   v.<br><br>DTI, LLC, *et al.*,<br><br>        Defendants. | Civil Action No. 12-1147 (RMC/AK) |

### **ORDER**

The above-captioned case was referred to the undersigned by the Honorable Rosemary M. Collyer for the purpose of conducting a mediation. Accordingly, it is by the Court this 31st day of August 2012, hereby

**ORDERED :**

1. The lead attorney(s) for the parties shall appear before the undersigned, in chambers [ROOM 2333] on September 18, 2012, beginning at 2:00 p.m. The parties should attend the mediation, be available by telephone, or delegate settlement authority to counsel.

2. The parties may submit confidential settlement statements in advance of the mediation but such statements are Not Required, and in most cases, they are unnecessary.

3. If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible and then call chambers to select some alternative dates/times.

4. If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time with the other attorneys and the Court.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE